## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SIMON S. SEA,

        Defendant.

Case No.  CR05-5671

ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE

THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging that the defendant violated the conditions of supervision as set forth in said Petition.

The plaintiff appears through Special/Assistant United States Attorney, KENNETH TYNDAHL; The defendant appears personally and represented by counsel, MIRIAM SCHWARTZ.

The defendant has been advised of (a) the alleged violation(s); (b) the right to a hearing; and (c) the maximum sanctions if found to be in violation of supervision.  He has acknowledge his right to a hearing on the merits, voluntarily waived that hearing and acknowledged violating the conditions of supervision as set forth below:

    Failing to make monthly restitution payments since July 26, 2006, in violation of a special condition of probation.

Accordingly the court finds him to be in violation of the conditions of his probation as set forth above.

The court having determined that the defendant violated the conditions of supervision, now therefore continues the disposition of this matter until:

    Date:        SEPTEMBER 28, 2007
    Time:        2:00 p.m.

Conditioned on the defendants full compliance with the terms and conditions of supervision, including but not limited to reporting the U.S. Probation Office and making monthly restitution payments in the sum of $500 or more per month which payments must have been received by the 10th day of June, 2007, and on or before the 10th day of each succeeding month until the balance is paid in full.

In the event the defendant misses a payment or report date the U.S. Probation Office is requested to seek a warrant for the defendants arrest

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

May 15, 2007.

    _/s/ J. Kelley Arnold_____
    J. Kelley Arnold, U.S. Magistrate Judge

ORDER
Page - 1