## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.

**SIMON SEA,**

    **Defendant.**

Case No. CR05-5671

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE**

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Special/Assistant United States Attorney, KEN TYNDAHL;
The defendant appears personally and represented by counsel, MIRIAM SCWARTZ ;

The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the maximum potential sanction if the allegation(s) is/are substantiated; and the defendant then having admitted that he did violate the terms of his probation in each of the ways set forth in the petition filed by Donald Moon June 11, 2007: (2) failing to file his monthly written report with the U.S. Probation Office on or before the 5th day of June, 2007; and (3) failing to make a restitution payment in the amount of $500 on or before the 10th day of June 2007.

Disposition will be consolidated with the currently scheduuyled hearing
    Date:   September 28, 2007

    Time:   2:00 p.m.

( x ) Defendant is released pending the above scheduled hearing.

( x ) Defendant is ordered to be in full compliance with the terms of probation which are modified in the following particulars:

    1) Monthly report due on or before the 10th day of each month;

    2) Defendant participate in the TOEP (Target Offender Employment ProgramP operated by U.S. Probation.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

    June 12, 2007.

              */s/ J. Kelley Arnold*
              **J. Kelley Arnold, U.S. Magistrate Judge**